1384

The State of Florida, Appellant, v. Town of Ormond, Appellee.

*Murray Sams*, State Attorney, for Appellant;

*F. P. Whitehair* and *Hull, Landis & Whitehair*, for Appellee.

The State of Florida, Appellant, v. Town of Ormond, Appellee.

*Murray Sams*, State Attorney, for Appellant;

*F. P. Whitehair* and *Hull, Landis & Whitehair*, for Appellee.

The State of Florida, et al., Appellants, v. City of Lake Butler, Appellee.

*D. E. Knight* and *H. V. Knight*, for the motion.